UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUSAN SU,

          Petitioner,

    v.

UNITED STATES OF AMERICA,

          Respondent.

Case No. C21-1293-JLR-SKV

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    Petitioner's 28 U.S.C. § 2241 petition for writ of habeas corpus is DENIED without an evidentiary hearing, and this action is DISMISSED with prejudice;

/ / /

/ / /

/ / /

/ / /

ORDER OF DISMISSAL - 1

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this 8th day of Nov, 2021.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 2